# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: SCOTT W. GARRISON & DENISE E. GARRISON  Case Number: 08-71875
320 NORTH STREET
CRESTON, IL  60113                SSN-xxx-xx-0963 & xxx-xx-0777

Case filed on: 6/15/2008
Plan Confirmed on:

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan: $3,280.00           Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | ATTORNEY JEFFREY A BIVENS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | CODILIS & ASSOCIATES P C | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | SCOTT W. GARRISON | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | DITECH.COM | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | EVERHOME MORTGAGE COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | STERLING INK DBA J B ROBINSON JEWELERS | 1,404.47 | 450.00 | 255.41 | 8.50 |
| 004 | LINCOLN STATE BANK | 4,000.00 | 4,000.00 | 567.79 | 94.90 |
| 005 | ROGERS ENTERPRISES | 1,050.00 | 1,050.00 | 242.89 | 22.19 |
| 006 | WELLS FARGO AUTO FINANCE | 12,225.00 | 10,000.00 | 1,650.05 | 205.49 |
|  | Total Secured | 18,679.47 | 15,500.00 | 2,716.14 | 331.08 |
| 003 | STERLING INK DBA J B ROBINSON JEWELERS | 0.00 | 954.47 | 0.00 | 0.00 |
| 006 | WELLS FARGO AUTO FINANCE | 8,542.41 | 10,767.41 | 0.00 | 0.00 |
| 007 | BENEFICIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | CREDITORS PROTECTION SERVICE, INC | 566.00 | 566.00 | 0.00 | 0.00 |
| 009 | ECAST SETTLEMENT CORPORATION | 421.08 | 421.08 | 0.00 | 0.00 |
| 010 | HSBC BANK N/A | 513.01 | 513.01 | 0.00 | 0.00 |
| 011 | HOUSEHOLD FINANCE CORPORATION/BENEFICIAL | 6,729.50 | 6,729.50 | 0.00 | 0.00 |
| 012 | KISHWAUKEE COMMUNITY HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | ECAST SETTLEMENT CORPORATION | 1,773.69 | 1,773.69 | 0.00 | 0.00 |
| 014 | ROCKFORD MERCANTILE AGENCY INC | 1,585.49 | 1,585.49 | 0.00 | 0.00 |
| 015 | ALLIED BUSINESS ACCOUNTS INC | 3,283.63 | 3,283.63 | 0.00 | 0.00 |
| 016 | ROCKFORD RADIOLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | LVNV FUNDING LLC | 525.37 | 525.37 | 0.00 | 0.00 |
| 018 | UNITED HEALTH CARE | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | WELLS FARGO FINANCIAL | 4,890.91 | 4,890.91 | 0.00 | 0.00 |
| 021 | ECAST SETTLEMENT CORPORATION | 745.67 | 745.67 | 0.00 | 0.00 |
| 022 | ECAST SETTLEMENT CORPORATION | 649.81 | 649.81 | 0.00 | 0.00 |
| 023 | ECAST SETTLEMENT CORPORATION | 3,505.42 | 3,505.42 | 0.00 | 0.00 |
| 024 | LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 33,731.99 | 36,911.46 | 0.00 | 0.00 |
|  | Grand Total: | 52,411.46 | 52,411.46 | 2,716.14 | 331.08 |

Total Paid Claimant:     $3,047.22
Trustee Allowance:       $232.78           Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:   0.00             discharging the trustee and the trustee's surety from any and all
                                           liablility on account of the within proceedings, and closing the estate,
                                           and for such other relief as is just.  Pursuant to FRBP, I hereby
                                           certify that the subject case has been fully administered.

Report Dated:

      /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 03/26/2009          By  /s/Heather M. Fagan